# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: CN BURMAN COMPANY, LLC | § | Case No. 11-45917-MBK |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN P. KARTZMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $53,472.54

Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $6,935.90

3) Total gross receipts of $ 60,408.44 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $60,408.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,935.90 | 6,935.90 | 6,935.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,247.75 | 58,415.08 | 53,650.08 | 53,472.54 |
| **TOTAL DISBURSEMENTS** | $18,247.75 | $65,350.98 | $60,585.98 | $60,408.44 |

4)  This case was originally filed under Chapter 7 on December 20, 2011. The case was pending for 93 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/08/2019_____     By:_ /s/STEVEN P. KARTZMAN_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT @ WELLS FARGO BANK PATERSON, NJ | 1129-000 | 420.82 |
| REFUND FROM AFFILIATED DEBTOR | 1210-000 | 59,987.62 |
| **TOTAL GROSS RECEIPTS** | | **$60,408.44** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEVEN P. KARTZMAN | 2100-000 | N/A | 6,270.42 | 6,270.42 | 6,270.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - MELLINGER, SANDERS & KARTZMAN, LLC | 2300-000 | N/A | 0.33 | 0.33 | 0.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - MELLINGER, SANDERS & KARTZMAN, LLC | 2300-000 | N/A | 0.22 | 0.22 | 0.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - STEVEN P. KARTZMAN, TRUSTEE | 2300-000 | N/A | 0.11 | 0.11 | 0.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | -0.05 | -0.05 | -0.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – STEVEN P. KARTZMAN, TRUSTEE | 2300-000 | N/A | 0.02 | 0.02 | 0.02 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 0.19 | 0.19 | 0.19 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 65.52 | 65.52 | 65.52 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 91.06 | 91.06 | 91.06 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 88.08 | 88.08 | 88.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,935.90 | $6,935.90 | $6,935.90 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | State of New Jersey Division of Taxation | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service Centralized Insolvency | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Peak Technologies | 7100-000 | 909.11 | 909.11 | 909.11 | 909.09 |
| 2 | PSE&G | 7100-000 | unknown | 27,197.48 | 27,197.48 | 27,196.78 |
| 3 | Internal Revenue Service | 7100-000 | N/A | 9,174.61 | 9,174.61 | 9,174.38 |
| 4 | Bureau Veritas Hong Kong Ltd | 7100-000 | 1,077.20 | 1,077.20 | 1,077.20 | 1,077.17 |
| 5 | C J Vanderbeck and Sons | 7100-000 | N/A | 90.30 | 90.30 | 90.30 |
| 6 | Fox Wyndrum Associates, Inc. | 7100-000 | N/A | 2,789.00 | 2,789.00 | 2,788.93 |
| 7 | Global Exchange Services | 7100-000 | N/A | 56.19 | 56.19 | 0.00 |
| 8 | Graphic Measures International | 7100-000 | N/A | 120.00 | 120.00 | 0.00 |
| 9 | Intertek Testing Services Hong Kong Ltd | 7100-000 | N/A | 150.00 | 150.00 | 150.00 |
| 10 | New Jersey Manufacturers Insurance | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 11 | Passaic Valley Water Commission | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 12 | Simplex Grinnel | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | Travelers Insurance | 7100-000 | N/A | 11,910.00 | 11,910.00 | 11,909.70 |
| 14 | United Wire Metal & Machine Pension Fund | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15 | Verizon | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16 | Wells Fargo Bank NA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 17 | New Jersey Manufacturers Insurance | 7100-000 | N/A | 4,765.00 | 0.00 | 0.00 |
| NOTFILED | Fox Wyndrum Associates, Inc. | 7100-000 | 2,789.00 | N/A | N/A | 0.00 |
| NOTFILED | Global Exchange Services | 7100-000 | 56.19 | N/A | N/A | 0.00 |
| NOTFILED | State of New Jersey Division of Taxation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | C J Vanderbeck and Sons | 7100-000 | 90.30 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service Centralized Insolvency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Intertek Testing Services Hong Kong Ltd | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Graphic Measures International | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank NA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | United Wire Metal & Machine Pension Fund | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Travelers Insurance c/o HL Jameson Co LLC | 7100-000 | 11,910.00 | N/A | N/A | 0.00 |
| NOTFILED | Passaic Valley Water Commission | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Simplex Grinnel | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | New Jersey Manufacturers Insurance | 7100-000 | 1,145.95 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| | CLERK, U.S. BANKRUPTCY COURT | 7100-001 | N/A | 176.19 | 176.19 | 176.19 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,247.75 | $58,415.08 | $53,650.08 | $53,472.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-45917-MBK | **Trustee:** (500160) STEVEN P. KARTZMAN |
| **Case Name:** CN BURMAN COMPANY, LLC | **Filed (f) or Converted (c):** 12/20/11 (f) |
| | **§341(a) Meeting Date:** 01/23/12 |
| **Period Ending:** 10/08/19 | **Claims Bar Date:** 04/10/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT @ WELLS FARGO BANK PATERSON, NJ | 5,248.34 | 420.82 | | 420.82 | FA |
| 2 | ASSORTED INVENTORY, FURNITURE AND EQUIPMENT | Unknown | 0.00 | | 0.00 | FA |
| 3 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 4 | REFUND FROM AFFILIATED DEBTOR (u) | 0.00 | 59,419.00 | | 59,987.62 | FA |
| 5 | COMPUTERS AND HARD DRIVES (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | **Assets**  Totals (Excluding unknown values) | **$5,248.34** | **$59,839.82** | | **$60,408.44** | **$0.00** |

**Major Activities Affecting Case Closing:**

    PROP #2 - ABILITY TO SELL INVENTORY, DUE TO LACK OF ACCESS, IS LIMITED AND MAKES VALUE NOMINAL.

    CASE BEING ADMINISTERED WITH 5 AFFILIATED CASES.

    PROP #4 - SEE ORDER AT DKT 38 ADV PRO 13-2229 AND ORDER AT DKT 40 ADV PRO 13-2230.

    ALL CLAIMS IN THIS AND AFFILIATED CASES HAVE NOW BEEN RESOLVED.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | March 31, 2015 | **Current Projected Date Of Final Report (TFR):** | September 30, 2018  (Actual) |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 11-45917-MBK | |
| **Case Name:** | CN BURMAN COMPANY, LLC | |
| | | |
| **Taxpayer ID #:** | **-***9041 | |
| **Period Ending:** | 10/08/19 | |

| | |
|---|---|
| **Trustee:** | STEVEN P. KARTZMAN (500160) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******02- - Checking Account |
| **Blanket Bond:** | $48,993,100.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/12 | {1} | WELLS FARGO CASHIER CHECK | TURNOVER OF BANK ACCOUNT | 1129-000 | 420.82 | | 420.82 |
| 12/13/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001050016088<br>20121213 | 9999-000 | | 420.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **420.82** | **420.82** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 420.82 | |
| | | | **Subtotal** | | **420.82** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$420.82** | **$0.00** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 11-45917-MBK | | **Trustee:** | STEVEN P. KARTZMAN (500160) | | |
| **Case Name:** | CN BURMAN COMPANY, LLC | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******1566 - Checking Account | | |
| **Taxpayer ID #:** | **-***9041 | | **Blanket Bond:** | $48,993,100.00   (per case limit) | | |
| **Period Ending:** | 10/08/19 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 420.82 | | 420.82 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 410.82 |
| 01/21/13 | 10101 | MELLINGER, SANDERS & KARTZMAN, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2013 FOR CASE #11-45917<br>Voided on 01/21/13 | 2300-000 | | 0.83 | 409.99 |
| 01/21/13 | 10101 | MELLINGER, SANDERS & KARTZMAN, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2013 FOR CASE #11-45917<br>Voided: check issued on 01/21/13 | 2300-000 | | -0.83 | 410.82 |
| 01/22/13 | 10102 | MELLINGER, SANDERS & KARTZMAN, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/22/2013 FOR CASE #11-45917 | 2300-000 | | 0.33 | 410.49 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 400.49 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 390.49 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 380.49 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 370.49 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 360.49 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 350.49 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 340.49 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 330.49 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 320.49 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 310.49 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 300.49 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 290.49 |
| 01/11/14 | 10103 | MELLINGER, SANDERS & KARTZMAN, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/11/2014 FOR CASE #11-45917, bond payment for period 01/01/14 to 01/01/15 (bond # 016026384)<br>Voided on 01/11/14 | 2300-000 | | 0.14 | 290.35 |
| 01/11/14 | 10103 | MELLINGER, SANDERS & KARTZMAN, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/11/2014 FOR CASE #11-45917, bond payment for period 01/01/14 to 01/01/15 (bond # 016026384)<br>Voided: check issued on 01/11/14 | 2300-000 | | -0.14 | 290.49 |
| 01/11/14 | 10104 | MELLINGER, SANDERS & KARTZMAN, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/11/2014 FOR CASE #11-45917 | 2300-000 | | 0.22 | 290.27 |

|  | Subtotals : | $420.82 | $130.55 |
|---|---|---|---|

{} Asset reference(s)

Printed: 10/08/2019 04:50 PM   V.14.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-45917-MBK | |
| **Case Name:** | CN BURMAN COMPANY, LLC | |

| | |
|---|---|
| **Taxpayer ID #:** | **-***9041 |
| **Period Ending:** | 10/08/19 |

| | |
|---|---|
| **Trustee:** | STEVEN P. KARTZMAN (500160) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1566 - Checking Account |
| **Blanket Bond:** | $48,993,100.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 280.27 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 270.27 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 260.27 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 250.27 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 240.27 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 230.27 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 220.27 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 210.27 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 200.27 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 190.27 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 180.27 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 170.27 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 160.27 |
| 02/06/15 | 10105 | STEVEN P. KARTZMAN, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/06/2015 FOR CASE #11-45917, Period 01/01/15 to 01/01/16 | 2300-000 | | 0.11 | 160.16 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 150.16 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 140.16 |
| 04/07/15 | | INTERNATIONAL SURETIES, LTD. | bond payment refund | 2300-000 | | -0.05 | 140.21 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 130.21 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 120.21 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 110.21 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 100.21 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 90.21 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 80.21 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 70.21 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 60.21 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 50.21 |
| 01/08/16 | 10106 | STEVEN P. KARTZMAN, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2016 FOR CASE #11-45917, FOR TERM  01/01/16 TO 01/01/17 | 2300-000 | | 0.02 | 50.19 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 40.19 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30.19 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 20.19 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10.19 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 0.19 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 0.19 | 0.00 |

| | | | |
|---|---|---|---|
| | Subtotals : | $0.00 | $290.27 |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-45917-MBK |
| Case Name: | CN BURMAN COMPANY, LLC |
| Taxpayer ID #: | **-***9041 |
| Period Ending: | 10/08/19 |

| | |
|---|---|
| Trustee: | STEVEN P. KARTZMAN (500160) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******1566 - Checking Account |
| Blanket Bond: | $48,993,100.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **420.82** | **420.82** | **$0.00** |
| | | | Less: Bank Transfers | | 420.82 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **420.82** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$420.82** | |

{} Asset reference(s)

Printed: 10/08/2019 04:50 PM   V.14.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-45917-MBK | **Trustee:** STEVEN P. KARTZMAN (500160) |
| **Case Name:** CN BURMAN COMPANY, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1567 - Checking Account |
| **Taxpayer ID #:** **-***9041 | **Blanket Bond:** $48,993,100.00  (per case limit) |
| **Period Ending:** 10/08/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/18 | {4} | MEDALLION INDUSTRIES INC. | REFUND FROM AFFILIATED DEBTOR | 1210-000 | 29,709.50 | | 29,709.50 |
| 06/04/18 | {4} | MEDALLION INDUSTRIES INC. | REFUND FROM AFFILIATED DEBTOR | 1210-000 | 29,709.50 | | 59,419.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.52 | 59,353.48 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.06 | 59,262.42 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.08 | 59,174.34 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.39 | 59,128.95 |
| 10/01/18 | {4} | RIVER ASSOCIATES | REFUND FROM AFFILIATED DEBTOR | 1210-000 | 568.62 | | 59,697.57 |
| 10/15/18 | | Rabobank, N.A. | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -45.39 | 59,742.96 |
| 02/05/19 | 101 | MELLINGER, SANDERS &<br>KARTZMAN, LLC | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/05/2019 FOR CASE<br>#11-45917, BOND PAYMENT FOR PERIOD<br>01/01/19 TO 01/01/20<br>Voided on 02/28/19 | 2300-000 | | 18.49 | 59,724.47 |
| 02/28/19 | 101 | MELLINGER, SANDERS &<br>KARTZMAN, LLC | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/05/2019 FOR CASE<br>#11-45917, BOND PAYMENT FOR PERIOD<br>01/01/19 TO 01/01/20<br>Voided: check issued on 02/05/19 | 2300-000 | | -18.49 | 59,742.96 |
| 05/15/19 | 102 | STEVEN P. KARTZMAN | Dividend paid 100.00% on $6,270.42, Trustee<br>Compensation;  Reference: PER ORDER<br>DATED 05/09/19 | 2100-000 | | 6,270.42 | 53,472.54 |
| 05/15/19 | 103 | Peak Technologies | Dividend paid  99.99% on $909.11; Claim# 1;<br>Filed: $909.11; Reference: | 7100-000 | | 909.09 | 52,563.45 |
| 05/15/19 | 104 | PSE&G | Dividend paid  99.99% on $27,197.48; Claim#<br>2; Filed: $27,197.48; Reference: | 7100-000 | | 27,196.78 | 25,366.67 |
| 05/15/19 | 105 | Internal Revenue Service | Dividend paid  99.99% on $9,174.61; Claim# 3;<br>Filed: $9,174.61; Reference: | 7100-000 | | 9,174.38 | 16,192.29 |
| 05/15/19 | 106 | Bureau Veritas Hong Kong Ltd | Dividend paid  99.99% on $1,077.20; Claim# 4;<br>Filed: $1,077.20; Reference: | 7100-000 | | 1,077.17 | 15,115.12 |
| 05/15/19 | 107 | C J Vanderbeck and Sons | Dividend paid  99.99% on $90.30; Claim# 5;<br>Filed: $90.30; Reference: | 7100-000 | | 90.30 | 15,024.82 |
| 05/15/19 | 108 | Fox Wyndrum Associates, Inc. | Dividend paid  99.99% on $2,789.00; Claim# 6;<br>Filed: $2,789.00; Reference: | 7100-000 | | 2,788.93 | 12,235.89 |
| 05/15/19 | 109 | Global Exchange Services | Dividend paid  99.99% on $56.19; Claim# 7;<br>Filed: $56.19; Reference:<br>Voided on 05/29/19 | 7100-000 | | 56.19 | 12,179.70 |
| 05/15/19 | 110 | Graphic Measures International | Dividend paid  99.99% on $120.00; Claim# 8;<br>Filed: $120.00; Reference: | 7100-000 | | 120.00 | 12,059.70 |
| | | | Subtotals : | | $59,987.62 | $47,927.92 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 11-45917-MBK | **Trustee:** STEVEN P. KARTZMAN (500160) |
| **Case Name:** CN BURMAN COMPANY, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1567 - Checking Account |
| **Taxpayer ID #:** **-***9041 | **Blanket Bond:** $48,993,100.00  (per case limit) |
| **Period Ending:** 10/08/19 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped on 08/16/19 | | | | |
| 05/15/19 | 111 | Intertek Testing Services Hong Kong Ltd | Dividend paid  99.99% on $150.00; Claim# 9; Filed: $150.00; Reference: | 7100-000 | | 150.00 | 11,909.70 |
| 05/15/19 | 112 | Travelers Insurance | Dividend paid  99.99% on $11,910.00; Claim# 13; Filed: $11,910.00; Reference: | 7100-000 | | 11,909.70 | 0.00 |
| 05/29/19 | 109 | Global Exchange Services | Dividend paid  99.99% on $56.19; Claim# 7; Filed: $56.19; Reference: Voided: check issued on 05/15/19 | 7100-000 | | -56.19 | 56.19 |
| 05/29/19 | 113 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS, CLAIM #7 GLOBAL EXCHANGE SERVICES Stopped on 08/16/19 | 7100-001 | | 56.19 | 0.00 |
| 08/16/19 | 110 | Graphic Measures International | Dividend paid  99.99% on $120.00; Claim# 8; Filed: $120.00; Reference: Stopped: check issued on 05/15/19 | 7100-000 | | -120.00 | 120.00 |
| 08/16/19 | 113 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS, CLAIM #7 GLOBAL EXCHANGE SERVICES Stopped: check issued on 05/29/19 | 7100-001 | | -56.19 | 176.19 |
| 08/16/19 | 114 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS, CLAIM #7 GLOBAL EXCHANGE AND CLAIM #8 GRAPHIC MEASURES INTERNATIONAL | 7100-001 | | 176.19 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 59,987.62 | 59,987.62 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 59,987.62 | 59,987.62 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$59,987.62** | **$59,987.62** | |

| | |
|---|---|
| Net Receipts : | 60,408.44 |
| Net Estate : | $60,408.44 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******02-** | 420.82 | 0.00 | 0.00 |
| **Checking # ******1566** | 0.00 | 420.82 | 0.00 |
| **Checking # ******1567** | 59,987.62 | 59,987.62 | 0.00 |
| | $60,408.44 | $60,408.44 | $0.00 |

{} Asset reference(s)